McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-po-00163-SAB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL DATE |
| AGUSTIN OLGUIN-BALLESTEROS, | Trial Date: May 22, 2020 |
| Defendant. | Court: Hon. Stanley A. Boone |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, and Defendant Agustin Olguin-Ballesteros, by and through his attorney, Assistant Federal Defender Matthew Lemke, hereby request and stipulate:

1. On April 17, 2020, this Court issued General Order 617, which closes all courthouses in the Eastern District of California to the public until June 1, 2020, and suspends all jury trials until June 15, 2020 at the earliest. General Order 617 and previous General Orders were entered to address public health concerns related to COVID-19.

2. Trial in this matter is presently set for May 22, 2020.

///

///

///

///

1

3. The parties stipulate and request that the Court continue the trial date in this case from May 22, 2020 to December 4, 2020 at 10:30 am.

DATED: April 21, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By:   /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

DATED: April 21, 2020

HEATHER WILLIAMS
Federal Defender

/s/ Matt Lemke
MATTHEW LEMKE
Assistant Federal Defender
Counsel for Defendant Agustin Olguin-Ballesteros
(As approved by email 4/21/2020)

## **O R D E R**

IT IS HEREBY ORDERED that trial in this case is continued from May 22, 2020 to December 4, 2020 at 10:30 am. The defendant is ordered to appear on the trial date.

IT IS SO ORDERED.

Dated: **April 21, 2020**

UNITED STATES MAGISTRATE JUDGE