HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
AGUSTIN OLGUIN-BALLESTEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-po-00163-SAB |
| Plaintiff, | STIPULATION TO CONTINUE MOTION SCHEDULE AND DISCOVERY DEADLINE; AND ORDER |
| vs. | |
| AGUSTIN OLGUIN-BALLESTEROS, | DATE:  May 21, 2020<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Agustin Olguin-Ballesteros, request a modification of the motion schedule.  Trial in this case has been rescheduled to December 4, 2020.  ECF No. 14.  In light of the new trial date, the parties ask that the previously set briefing schedule and May 21, 2020 motion hearing be continued.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties request that a new discovery deadline and motion schedule be set as follows:

| Event | Proposed deadline/hearing date |
|---|---|
| Discovery deadline | October 15, 2020 |
| Opening brief(s) | October 22, 2020 |
| Responsive brief(s) | November 5, 2020 |
| Optional reply brief(s) | November 12, 2020 |
| Motion hearing | November 19, 2020 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 8, 2020            */s/ Matthew Lemke*
                             MATTHEW LEMKE
                             Assistant Federal Defender
                             Attorney for Defendant
                             AGUSTIN OLGUIN-BALLESTEROS


MCGREGOR W. SCOTT
United States Attorney

Date: May 8, 2020            */s/ William Taylor*
                             WILLIAM TAYLOR
                             Assistant United States Attorney
                             Attorney for Plaintiff

## **ORDER**

Based on a showing of good cause, the Court hereby orders that the briefing schedule and motion hearing currently scheduled for May 21, 2020, is vacated.  Further, the Court sets the following briefing schedule: discovery deadline for October 15, 2020; opening brief due October 22, 2020; response brief due November 5, 2020; optional reply brief due November 12, 2020; and motion hearing be held on November 19, 2020.

IT IS SO ORDERED.

Dated:   **May 11, 2020**

UNITED STATES MAGISTRATE JUDGE