# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AGUSTIN OLGUIN-BALLESTEROS,<br><br>Defendant. | Case No. 1:19-po-00163-SAB-1<br><br>ORDER REQUIRING UNITED STATES OF AMERICA TO NOTIFY THE COURT WHETHER IT INTENDS TO PROCEED TO TRIAL ON THIS MATTER<br><br>DEADLINE: NOVEMBER 16, 2020 |

On October 22, 2020, Defendant filed motions *in limine* ("MIL") and a motion to suppress ("Mot. to Supp."). (ECF Nos. 17, 18.) Pursuant to the briefing schedule set by the Court, the Government's opposition to the motion was to be filed on or before November 5, 2020. (ECF No. 16.) The time for the opposition to be filed has passed and no opposition was filed. As the pending motions shall be deemed unopposed, the United States shall be required to notify the Court whether it intends to continue prosecution of this matter.

Accordingly, IT IS HEREBY ORDERED that, on or before **November 16, 2020**, the United States of America shall notify the Court whether it intends to proceed to trial on this matter. The Clerk of the Court is HEREBY DIRECTED to electronically serve a copy of this order on AUSA Katherine Englander Schuh.

IT IS SO ORDERED.

Dated:   **November 13, 2020**

UNITED STATES MAGISTRATE JUDGE

1