McGREGOR W. SCOTT
United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>AGUSTIN OLGUIN BALLESTEROS<br><br>          Defendant. | Case No. 1:19-po-00163-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, vacate the November 19, 2020 Motions in Limine hearing date, and vacate the December 4, 2020 trial date.

DATED:  November 16, 2020              Respectfully submitted,

                                                            McGREGOR W. SCOTT
                                                            United States Attorney

                                            By:    /s/ Philip N. Tankovich
                                                            PHILIP N. TANKOVICH
                                                            Special Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice, and the November 19, 2020 Motion in Limine hearing date, as well as the December 4, 2020 trial date, are vacated.

IT IS SO ORDERED.

Dated:   **November 16, 2020**

UNITED STATES MAGISTRATE JUDGE